No. 133. BILL MOORE v. STATE OF GEORGIA.   Error to
the Supreme Court of the State of Georgia.   Argued November 14, 1922.   Decided November 20, 1922.   *Per
Curiam.* Dismissed for want of jurisdiction upon the authority of *Hulbert* v. *Chicago,* 202 U. S. 275, 280; *Cleveland & Pittsburgh R. R. Co.* v. *Cleveland,* 235 U. S. 50,
53; *Hiawassee River Power Co.* v. *Carolina-Tennessee
Power Co.,* 252 U. S. 341, 344.   *Mr. Max Isaac* for plaintiff in error.   *Mr. George M. Napier,* for defendant in
error, submitted.

No. 30. PEOPLES NATIONAL BANK OF KINGFISHER, OKLAHOMA, ET AL. v. BOARD OF EQUALIZATION OF KINGFISHER COUNTY, OKLAHOMA.   Error to the Supreme
Court of the State of Oklahoma.   Submitted November
17, 1922.   Decided November 20, 1922.   *Per Curiam.*
Affirmed upon the authority of *Van Allen* v. *The Assessors,* 3 Wall. 573; *National Bank* v. *Commonwealth,*
9 Wall. 353, 359.   *Mr. Horace G. McKeever* and *Mr. J. C.
Roberts* for plaintiffs in error.   *Mr. George H. Short* and
*Mr. William H. Zwick* for defendant in error.

No. 593. CHARLES L. HARRIS, AS TRUSTEE, ETC., v.
MORELAND TRUCK COMPANY ET AL.   Error to the Circuit
Court of Appeals for the Ninth Circuit.   Motion to dismiss submitted November 13, 1922.   Decided November
27, 1922.   *Per Curiam.* Dismissed for want of jurisdiction.
Section 3, Act of September 6, 1916, c. 448, 39 Stat. 726,
727; *Central Trust Co.* v. *Lueders,* 239 U. S. 11; *Staats
Co.* v. *Security Trust & Savings Bank,* 243 U. S. 121,
124.   *Mr. Fabius M. Clarke* and *Mr. John E. Bennett* for
plaintiff in error.   *Mr. Bert Schlesinger, Mr. Ellwood P.
Morey* and *Mr. S. C. Wright* for defendants in error.